01

02

03

04

05

06                              UNITED STATES DISTRICT COURT
                               WESTERN DISTRICT OF WASHINGTON
07                                       AT SEATTLE

08    UNITED STATES OF AMERICA,              )    CASE NO. CR07-044-RSL
                                             )
09               Plaintiff,                  )
                                             )
10         v.                                )
                                             )    DETENTION ORDER
11    MICHAEL KEITH CUMMINGS,                )
                                             )
12               Defendant.                  )
      _____   )

13

14    <u>Offense charged</u>:      Felon in Possession of Firearm

15    <u>Date of Detention Hearing</u>:    Initial Appearance, February 12, 2007

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17    based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18    that no condition or combination of conditions which defendant can meet will reasonably assure

19    the appearance of defendant as required and the safety of other persons and the community.

20          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

21          1.     Defendant is charged by Indictment with being in possession of a firearm, having

22    previously been convicted of two felonies including Eluding a Pursuing Police Vehicle and

DETENTION ORDER                                                              15.13
18 U.S.C. § 3142(i)                                                          Rev. 1/91
PAGE 1

01 Unlawful Possession of a Firearm in the Second Degree.

02      2.     Defendant was not interviewed by Pretrial Services. He has a lengthy criminal

03 record, including warrant activity. There is little additional information available about his

04 personal history, residence, family ties, ties to this District, income, financial assets or liabilities,

05 physical/mental health or controlled substance use, if any.

06      3.     Defendant does not contest detention.

07      4.     Defendant poses a risk of nonappearance due to a history of failing to comply with

08 supervised release, a history of failing to comply with Department of Corrections, possible

09 substance abuse, a history of failing to appear, and a prior conviction for Attempt to Elude. He

10 is a risk of danger due to the nature of the charges, prior noncompliance with Department of

11 Corrections and U.S. Probation, controlled substance issues and the instant offense is alleged to

12 have occurred while the defendant was on supervised release.

13      5.     There does not appear to be any condition or combination of conditions that will

14 reasonably assure the defendant's appearance at future Court hearings while addressing the danger

15 to other persons or the community.

16 It is therefore ORDERED:

17      (1)     Defendant shall be detained pending trial and committed to the custody of the

18           Attorney General for confinement in a correction facility separate, to the extent

19           practicable, from persons awaiting or serving sentences or being held in custody

20           pending appeal;

21      (2)     Defendant shall be afforded reasonable opportunity for private consultation with

22           counsel;

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2

01      (3)     On order of a court of the United States or on request of an attorney for the

02              Government, the person in charge of the corrections facility in which defendant is

03              confined shall deliver the defendant to a United States Marshal for the purpose of

04              an appearance in connection with a court proceeding; and

05      (4)     The clerk shall direct copies of this Order to counsel for the United States, to

06              counsel for the defendant, to the United States Marshal, and to the United States

07              Pretrial Services Officer.

08      DATED this 12th day of February, 2007.

09

10                                  Mary Alice Theiler
                                  United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER                                        15.13
18 U.S.C. § 3142(i)                                   Rev. 1/91
PAGE 3