UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL KEITH CUMMINGS,

        Defendant.

Case No. CR07-44-RSL

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 1, 2010. The defendant appeared pursuant to warrant issued in this case. The United States was represented by Todd Greenberg, and defendant was represented by Kyanna Stephens. Also present was U.S. Probation Officer Sara Moore. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on January 25, 2008 by the Honorable Robert S. Lasnik for Felon in Possession of a Firearm. He received 36 months of detention and 3 years of supervised release.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated February 25, 2010, Senior U.S. Probation Officer Jennifer J. Tien alleged

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 1

that defendant violated the following conditions of supervised release:

1. Failing to comply with the rules and regulations of the residential reentry center by being terminated on February 25, 2010, in violation of the special condition that he reside in and satisfactorily participate in the program until discharged by his probation officer.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing March 15, 2010 at 9:00 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 1st day of March, 2010.

BRIAN A. TSUCHIDA
United States Magistrate Judge