UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL KEITH CUMMINGS,<br><br>　　　　Defendant. | Case No. CR07-44-RSL<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 14, 2010. The United States was represented by Assistant United States Attorney Todd Greenberg, and the defendant by Kyana Stephens. The proceedings were digitally recorded.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g). On or about January 25, 2008, defendant was sentenced by the Honorable Robert S. Lasnik to a term of 36 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search, up to 120 days at residential reentry center; and no association with known gang member.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 1

01        In a Petition for Warrant or Summons, May 19, 2010, U.S. Probation Officer Jennifer
02 J. Tien asserted the following violations by defendant of the conditions of his supervised
03 release:
04        (1)   Failing to comply with the rules and regulations of the residential reentry
05              center (RRC) by absconding on May 17, 2010, in violation of the special
06              condition that he reside in and satisfactorily participate in the program until
07              discharged by his probation officer.
08        (2)   Failing to report for urinalysis testing on May 4, 14, and 17, 2010, in violation
09              of the special condition of drug aftercare.
10        In a Supplemental Violation Report dated June 3, 2010, U.S. Probation Officer
11 Jennifer J. Tien asserted the following supplemental violations by defendant of the conditions
12 of his supervised release:
13        (3)   Possessing marijuana on or before June 3, 2010, in violation of the general
14              condition that the defendant not unlawfully possess nay controlled substance.
15        (4)   Associating with a know felon, Amy Tuita, on or before June 3, 2010, in
16              violation of standard condition number 9.
17        On June 4, 2010, defendant made his initial appearance.  The defendant was advised
18 of the allegations and advised of his rights.
19        On June 14, 2010, defendant appeared for an evidentiary hearing on the alleged
20 violations.  Defendant admitted to violations 1, 3 and 4.  As to alleged violation 2, defendant
21 admitted to failing to report for urinalysis on May 17, 2010, but denied failing to report on
22 May 4 and 14, 2010.  U.S. Probation Officer Jennifer J. Tien and defendant testified.  The
23 Court found defendant failed to report for urinalysis testing on May 14, 2010, but found no
24 violation on May 4, 2010, because defendant had his contact number taken from him when
25 his phone was taken from him at the RRC, and further that he took an immediate urinalysis
26 test at the RRC.  Therefore, the Court finds a violation of alleged violation 2 as follows:

2. Failing to report for urinalysis testing on May 14 and 17, 2010, in violation of the special condition of drug aftercare.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 3 and 4, and as to violation 2, as set forth above, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 25, 2010 at 11:30 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 15th day of June, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc:   District Judge:         Honorable Robert S. Lasnik
      AUSA:                   Mr. Todd Greenberg
      Defendant's attorney:   Ms. Kyana Stephens
      Probation officer:      Ms. Jennifer J. Tien